FILED

05/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0156

IN THE SUPREME COURT OF THE STATE OF MONTANA

No.24-0156

IN THE MATTER OF:

V.O.,

Respondent and Appellant.

---

**GRANT**

---

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until June 19, 2024 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 13 2024